

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2020

No. 04-20-00433-CV

Eric E. **DELEON-BOLADO**,
Appellant

v.

Lorraine M. **DELEON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-07162
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

In conjunction with his notice of appeal, Appellant Eric Eduardo Deleon-Bolado filed a Statement of Inability to Afford Payment of Court Costs on September 4, 2020. *See* TEX. R. APP. P. 20.1(c).

The statement is incomplete. It does not show Appellant's total monthly income or total monthly expenses. Without this information, this court cannot determine whether Appellant is unable to afford to pay court costs for this appeal.

If Appellant wishes to proceed without payment of court costs on appeal, Appellant must file in this court a fully completed Statement of Inability to Afford Payment of Court Costs within FIFTEEN DAYS of the date of this order. *See* TEX. R. APP. P. 20.1(c); TEX. R. CIV. P. 145(b), (e). A copy of the statement is attached.

We respectfully advise court reporter Karen Kane that, to require Appellant to pay costs notwithstanding a properly filed statement, the movant must file a motion that complies with Rule 145(f). *See* TEX. R. CIV. P. 145 (f)(3) (court reporter). A notification of late record does not meet Rule 145(f)'s requirements.

The deadline for the court reporter's record is SUSPENDED pending further order of this court.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of September, 2020.

Michael A. Cruz,
Clerk of Court